FILED
CLERK, U.S. DISTRICT COURT

SEP 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE DRENCKHAHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOE ONE through and including DOE TEN<br><br>Defendants. | Case No. CV08-1408 FMC (JWJx)<br><br>HON. FLORENCE-MARIE COOPER<br>CRTRM: 750<br><br>[~~PROPOSED~~] ORDER REGARDING SUPPLEMENTAL STIPULATED PROTECTIVE ORDER<br><br>Complaint Filed: August 8, 2008 |

All future discovery filings shall include the following language on the cover page:
"[Referred to Magistrate Judge Suzanne H. Segal]"

1    WHEREAS, the Parties entered into a joint stipulation for a protective order,
2 which was entered by the Court on July 27, 2009 (the "Protective Order");
3    WHEREAS, on August 31, 2009, the Parties filed a Supplemental Joint Motion
4 and [Proposed] Protective Order Regarding the Disclosure of Confidential Information;
5    WHEREFORE, the Parties having so stipulated, and good cause appearing
6 therefor,
7    **IT IS ORDERED:**
8    SCOPE AND TREATMENT
9    The protections conferred by this Order cover documents and information
10 produced by Costco Wholesale Corporation in *Randall v. Costco Wholesale Corporation*,
11 Los Angeles Superior Court Case No. BC 296369, and to which Costco previously
12 affixed the legend "CONFIDENTIAL," "Confidential," or "HIGHLY CONFIDENTIAL
13 – ATTORNEYS' EYES ONLY" ("Confidential Information"), including documents
14 produced pursuant to a subpoena by any third-parties, including, but not limited to
15 Hagens Berman, in this litigation. The terms of the Protective Order shall apply to all
16 Confidential Information, and such Confidential Information shall receive the
17 corresponding protections afforded documents and information designated as
18 "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"
19 under the Protective Order without any redesignation of such information for protection.

DATED: 9/25/09

HONORABLE FLORENCE-MARIE COOPER
JUDGE OF THE UNITED STATES DISTRICT COURT

IT IS SO ORDERED.
DATED: 9/25/09

UNITED STATES MAGISTRATE JUDGE