Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE DRENCKHAHN,<br><br>   Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORP., *et al.*,<br><br>   Defendants. | Case No. CV-08-01408 JHN (SSx)<br><br>[PROPOSED] **JUDGMENT IN FAVOR OF PLAINTIFF** |

In accordance with the jury's verdict, the August 24, 2011, Findings of Fact and Conclusions of Law, and the September 21, 2011, Order to Revise Proposed Judgment, it is hereby **ORDERED AND ADJUDGED** that judgment be entered in favor of Plaintiff Jesse Drenckhahn, as follows:

1. Plaintiff's claim for unpaid overtime under sections 510 and 1194 the California Labor Code in the amount of $21,100.51, plus prejudgment interest pursuant to California Labor Code section 218.6 and California Civil Code section 3289 at a rate of 10% per annum. The unpaid-overtime claim stems from work performed from December 26, 2004, through October 23, 2005, accruing, on average, 6.25 years prior to the Court's August 24, 2011, Findings of Fact and Conclusions of Law. As a result, the total amount awarded to Plaintiff for unpaid overtime during this period of time, including prejudgment interest, is $34,288.33, computed as follows:

| Dec. 26, 2004 – Aug. 14, 2005 | |
|---|---|
| | Regular Hourly Rate: $30.19 |
| | Overtime Hourly Rate: $45.28 |
| | No. of Overtime Hrs. per Pay Period: 22 [1] |
| | Overtime per Pay Period: $996.27 |
| | No. of Pay Periods Worked: 16.5 |
| | Total: $16,438.46 |
| | |
| Aug. 15, 2005 – Oct. 23, 2005 | Regular Hourly Rate: $31.39 |
| | Overtime Hourly Rate: $47.09 |
| | No. of Overtime Hrs. per Pay Period: 22 |
| | Overtime per Pay Period: $1,036.01 |
| | No. of Pay Periods Worked: 4.5 |

---

[1] Both the jury and the Court concluded that Plaintiff had worked 2.2 hours of overtime per day, or 11 overtime hours per week. (See Aug. 24, 2011, Findings of Fact and Conclusions of Law Regarding the UCL Claim at 5:18–20.) This is equivalent to 22 hours of overtime during each biweekly pay period.

|  |  |
|---|---|
|  | Total: $4,662.05 |

| Total Principal | $21,100.51 |
|---|---|
| Interest = $21,100.51 × 10% × 6.25 yrs. | $13,187.82 |
| Total Owed, with Interest | $34,288.33 |

2. Plaintiff's claim for unpaid overtime under section 17200 *et seq.* of the California Business and Professions Code in the amount of $31,594.40, plus interest pursuant to California Labor Code section 218.6 and California Civil Code section 3289 at a rate of 10% per annum. The unfair-competition claim stems from work performed from December 26, 2003, through October 23, 2005, accruing, on average, 6.76 years prior to the Court's August 24, 2011, Findings of Fact and Conclusions of Law. As a result, the total amount awarded to Plaintiff for unpaid overtime during this period of time, including prejudgment interest, is $52,952.21, computed as follows:

| Total Principal | $31,594.40 [2] |
|---|---|
| Interest = $31,594.40 × 10% × 6.76 yrs. | $21,357.81 |
| Total Owed, with Interest | $52,952.21 |

3. Plaintiff's claim for missed meal breaks under sections 226.7 and 512 of the California Labor Code in the amount of $2,557.49, plus prejudgment interest pursuant to California Labor Code section 218.6 and California Civil Code section 3289 at a rate of 10% per annum. The missed-break claim stems from work performed from December 26, 2004, through October 23, 2005, accruing, on average, 6.25 years prior to the Court's August 24, 2011 Findings of Fact and Conclusions of Law. As a result, the total

---

[2] This amount was computed by the Court in the August 24, 2011, Findings of Fact and Conclusions of Law Regarding the UCL Claim. (See Aug. 24, 2011, Findings of Fact and Conclusions of Law Regarding the UCL Claim at 7:6.)

amount awarded to Plaintiff for missed breaks, including prejudgment interest, is $4,356.06, computed as follows:

| | |
|---|---|
| Dec. 26, 2004 – Aug. 14, 2005 | Regular Hourly Rate:  $30.19 |
| | No. of Missed Breaks per Pay Period:  4 |
| | Break-Wages per Pay Period:  $120.75 |
| | No. of Pay Periods Worked:  16.5 |
| | Total:  $1,992.38 |
| | |
| Aug. 15, 2005 – Oct. 23, 2005 | Regular Hourly Rate:  $31.39 |
| | No. of Missed Breaks per Pay Period:  4 |
| | Break-Wages per Pay Period:  $125.58 |
| | No. of Pay Periods Worked:  4.5 |
| | Total:  $565.11 |
| | |
| Total Principal | $2,557.49 |
| Interest = $2,557.49 × 10% × 6.25 yrs. | $1,598.43 |
| Total Owed, with Interest | $4,155.92 |

In sum, Plaintiff is awarded $57,108.13 in damages and restitution (= $52,952.21 in unpaid-overtime damages, restitution, and interest + $4,155.92 in missed-break damages and interest).[3]

In addition, Plaintiff will apply to recover taxable and non-taxable costs, and will move to recover attorney's fees.  Plaintiff shall file his bill of costs and his motion for

---

[3] As noted above, Plaintiff's unfair-competition claim stems from work performed from December 26, 2003, through October 23, 2005—a time period that wholly overlaps his Labor Code claim.  Because Plaintiff's unfair-competition claim for overtime subsumes his Labor Code claim for overtime, Plaintiff is entitled to the total amount of $54,247.58 for both claims.

attorney's fees and costs within the time limits set by Federal Rule of Civil Procedure 54, Central District of California Local Rule 54-3, and Central District of California Local Rule 54-12.

DATED:  October 21, 2011

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT