UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.   2:08-cv-01408-JHN-SS                                    Date:  June 1, 2012
Title:     Jesse Drenckhahn v. Costco Wholesale Corporation et al

Present: The Honorable JACQUELINE H. NGUYEN*

| N/A | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
        Not Present                            Not Present

**Proceedings:**   **FURTHER ORDER RE PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF NON-TAXABLE COSTS [255, 273] (In Chambers)**

Having considered the parties' Joint Proposed Order, docket no. 274, and good cause appearing, the Court ORDERS as follows:

(1) Plaintiff is entitled to the reimbursement of attorney's fees in the amount of $180,443.10 in connection with the prosecution of the above-captioned action.

(2) Plaintiff is entitled to the reimbursement of non-taxable costs in the amount of $15,632.00 in connection with the prosecution of the above-captioned action.

(3) The total amount awarded is **$196,075.10.**

**IT IS SO ORDERED.**

                                                              ___ : N/A
                                                   Initials of Preparer   AM

---

* United States Circuit Judge for the Ninth Circuit, sitting by designation as a Visiting Judge.